# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FAYSSANYA GEORGINA PRATT,**
Appellant,

v.

**ANDERSON MARSHALL,**
Appellee.

No. 4D19-2434

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tarlika Navarro, Judge; L.T. Case No. FMCE 13-013100 (38).

Kimberly H. Schultz of Kimberly H. Schultz, P.A., Miami, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***